AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

Amy Redd Lolly Lynn Watson
108 South Anne Street
Enterprise, AL 36330

**WARRANT FOR ARREST**

Case Number: 1:06cr170-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Amy Redd Lolly Lynn Watson__
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Possession with the Intent to Distribute Methamphetamine (1 Ct)

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

DEBRA P. HACKETT
Name of Issuing Officer

BY: _[signature]_
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

7/12/06 -Montgomery, AL
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |