**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 7-27-2006

DIGITAL RECORDING: 11:35 – 11:49 am
11:50 – 11:58 am

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Boyd
DEPUTY CLERK: Long

CASE NO.: 1:06CR170-WHA
DEFT. NAME: Amy Redd Lolley Lynn WATSON

USA: Morris
ATTY: Pate DeBardeleben
Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ___ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES   NAME: ___

- [x] kars. — Date of Arrest 7-26-06 or [ ] karsr40
- [x] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [ ] Requests appointed Counsel   [ ] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [x] Deft. Advises he will retain counsel. Has retained Steven Blair
- [ ] Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. — Detention Hearing [ ] held; [ ] set for ___
- [ ] kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- [x] kocondrls. — Release order entered. Deft. advised of conditions of release
- [x] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $___. Deft released (kloc LR)
   [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- [ ] Preliminary Hearing [ ] Set for ___
- [ ] ko. — Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [x] karr. — ARRAIGNMENT SET FOR: ___ [x] HELD. Plea of **NOT GUILTY** entered.
   [x] Set for 1-8-07 Trial Term; [ ] PRETRIAL CONFERENCE DATE: ___
   DISCOVERY DISCLOSURES DATE: ___
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for ___
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed