IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:06 -cr-170 -WHA |
| | ) | |
| AMY REDD LOLLEY LYNN WATSON | ) | |

### MOTION FOR LEAVE TO AMEND INDICTMENT

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and request that the Court grant its' Motion For Leave to Amend Indictment, and as grounds states as follows:

1. Federal Rules of Criminal Procedure, Rule 7(e) allows the Court to amend an indictment at any time before the verdict or finding, "Unless an additional or different offense is charged or a substantial right of the defendant is prejudiced" 7(e) F.R.Cr.P.

2. The indictment in this case has the defendant's name listed as "Amy Redd Lolley Lynn Watson".

3. The government was made aware of the correct order of defendant's name which is "Amy Lynn Redd Lolley".

4. The government respectfully requests that the Court permit the amendment of the Indictment to reflect the proper order of the defendant's name.

5. No additional offense will be charged and no substantial right of the defendant will be prejudiced by such amendment.

Based on the above, the Government requests that the Court grant leave to amend the

Indictment to reflect the proper order of defendant's name as "AMY LYNN REDD LOLLEY".

Respectfully submitted this the 28th day of July, 2006.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7135   fax
        clark.morris@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  1:06 -cr-170 -WHA** |
| | ) | |
| **AMY REDD LOLLEY LYNN WATSON** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to all attorneys of record.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135   fax
clark.morris@usdoj.gov