IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-170-WHA |
| | ) | |
| AMY REDD LOLLEY LYNN WATSON | ) | |

### MOTION FOR LEAVE TO AMEND INDICTMENT

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and request that the Court grant its' Motion For Leave to Amend Indictment, and as grounds states as follows:

1. Federal Rules of Criminal Procedure, Rule 7(e) allows the Court to amend an indictment at any time before the verdict or finding, "Unless an additional or different offense is charged or a substantial right of the defendant is prejudiced" 7(e) F.R.Cr.P.

2. The indictment in this case has the defendant's name listed as "Amy Redd Lolley Lynn Watson".

3. The government was made aware of the correct order of defendant's name which is "Amy Lynn Redd Lolley".

4. The government respectfully requests that the Court permit the amendment of the Indictment to reflect the proper order of the defendant's name.

5. No additional offense will be charged and no substantial right of the defendant will be prejudiced by such amendment.

Based on the above, the Government requests that the Court grant leave to amend the

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20___

_____
UNITED STATES DISTRICT JUDGE