| COURTROOM DEPUTY MINUTES | DATE: **AUGUST 30, 2006** |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **11:08 - 11:09** |

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**          DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:06-CR-170-WHA-DRB**          DEFT. NAME: **AMY LYNN REDD LOLLEY**

USA: **A. CLARK MORRIS**          ATTY: **PATE DEBARDELEBEM**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant _____ does ✓ does NOT need an interpreter; NAME: _____

---

- ☐ Kars.    Date of Arrest _____ or  ☐ Rule 5 Arrest
- ☐ Kia.     Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐         Deft. Advises he will retain counsel. Has retained _____
- ☐         Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐         Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐         **DETENTION HRG**  ☐ held; ☐ Set for _____;  ☐ **Prelim. Hrg**  ☐ Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
             ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg. Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.  Waiver of Preliminary hearing;
- ☐         Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.   **ARRAIGNMENT** SET FOR: _____  ✓ **HELD**. Plea of **NOT GUILTY** entered.
             ✓ Trial Term **1/8/07**  ;  ☐ **PRETRIAL CONFERENCE DATE:** _____
             ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**