**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**

☐ Northern   ☒ Southern   ☐ Eastern

HON. Delores R. Boyd   AT Montgomery, Alabama
DATE COMMENCED 9-25-2006   @ 11:05 ☒ a.m. ☐ p.m
DATE COMPLETED 9-25-2006   @ 11:06 ☒ a.m. ☐ p.m

CASE NO. 1:06CR170-WHA

UNITED STATES OF AMERICA   VS.   AMY LYNN REDD LOLLEY
Plaintiff(s)                      Defendant(s)

**APPEARANCES**

Plaintiff(s)/Government
Clark Morris

Defendant(s)
Pate DeBardeleben

**COURT OFFICIALS PRESENT:**

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

**PROCEEDINGS:**

☐ Motion Hearing:
☐ Status Conference      ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.       ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☒ Other

*Pretrial Conference*

Pending Motions:
Discovery Status:                Plea Status: Plea
Trial Status/Length:             Trial Term: