IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF THE STATE OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| vs. | * CASE NO. 1:06 CR-170-WHA |
| AMY LYNN REDD LOLLEY | * |
| Defendant | * |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the above named Amy Lynn Redd Lolley, and through counsel, gives notice that she intents to change her plea from not guilty to guilty in the above styled case.

Respectfully submitted this the 26 day of December, 2006.

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-2130609

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris, A.U.S.A. by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 26 day of December, 2006.

Pate DeBardeleben