IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CR. NO. 1:06CR170-WHA |
| ) | |
| AMY LYNN REDD LOLLEY ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #289) filed on December 27, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **January 4, 2007** at **2:30 p.m.,** in **courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 27th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE