| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 4, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 2:56 – 3:10 |
| | **COURT REPORTER:** Mitchell Reisner |

☐ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Charles S. Coody    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:06cr170-WHA    **DEFENDANT NAME:** Amy Lynn Redd Lolley
**AUSA:** Clark Morris    **DEFENDANT ATTORNEY:** Pate DeBardeleben

Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Sandra Wood
Interpreter present? (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ Not Guilty
    √ Guilty as to:
        √ Count(s): 1 of the Superseding Indictment
        ☐ Count(s): _____   ☐ dismissed on oral motion of USA
                              ☐ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Superseding Indictment
☐ CRIMINAL TERM:    ☐ WAIVER OF SPEEDY TRIAL filed.
    **DISCOVERY DISCLOSURE DATE:**
√ Defendant continued on bond and under the same conditions as previously imposed by U. S. Magistrate Judge.
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel