IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR00170-WHA-CSC-7 |
| | ) | |
| **AMY LYNN REDD LOLLEY** | ) | |

**O R D E R**

The Petition filed by Chief U.S. Probation Officer Leslie P. Hopek on March 14, 2007, is hereby GRANTED upon good cause shown, and the sentencing hearing, previously scheduled for March 20, 2007, is RESCHEDULED for April 17, 2007, at 10:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The probation office shall disclose to the parties the first draft of the presentence report no later than March 19, 2007. The defendant and the Government shall communicate in writing to the probation officer, and to each other, any objections they have as to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report no later than April 2, 2007. The parties shall be available for a conference with the probation officer on April 4, 2007, at 2:00 p.m., to discuss and resolve, if possible, factual and legal issues contained in the presentence report. The probation office shall submit the revised presentence report to the court no later than April 10, 2007

DONE this  15th   day of March, 2007.

 /s/ W. Harold Albritton
W. Harold Albritton
Senior United States District Judge