IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-170-WHA |
| | ) | |
| AMY LYNN REDD LOLLEY | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty under Rule 11(c)(1)(C) to an indictment charging violations of Title 21, United States Code, Section 846 pursuant to a plea agreement.

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary, and to waive her rights to appeal or collaterally attack the guilty plea or sentence.

3. The United States submits the defendant has cooperated with the United States and has abided by the terms of her plea agreement. The assistance provided by Defendant should be considered substantial.

4. The Government is satisfied that Defendant is entitled to be considered for a reduction of sentence under § 5K1.1 U.S.S.G., and moves this Court to reduce the applicable offense level of Defendant by four levels.

Respectfully submitted, this the 10th day of April, 2007.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ A. Clark Morris
>A. CLARK MORRIS
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone: (334)223-7280
>Fax: (334)223-7135
>E-mail: clark. morris@usdoj.gov
>ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>1:06-CR-170-WHA</u> |
| | ) | |
| AMY LYNN REDD LOLLEY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Pate Debardeleben, Esquire.

                                                Respectfully submitted,

                                                /s/ A. Clark Morris
                                                A. CLARK MORRIS
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334)223-7280
                                                Fax: (334)223-7135
                                                E-mail: clark. morris@usdoj.gov
                                                ASB-1613-N77A