IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | 1:06CR-170-WHA |
| AMY LYNN REDD LOLLEY | * | |

RECEIVED
2007 MAY 29 A 9: 46

## MOTION FOR ALTERNATIVE SENTENCING

COMES NOW the above named Amy Lynn Redd Lolley, and through counsel, moves this Court to re-sentence Amy Lynn Redd Lolley to the "Alabama Teen Challenge" in place of her present sentence with the Federal Bureau of Prisons. As grounds for said motion counsel avers the following:

1. Ms. Lolley was sentenced on April 17, 2007 to twenty-four months to be served with the Federal Bureau of Prisons. She is allowed to self-surrender on June 5, 2007 to a facility to be determined. As of the time of this filing Ms. Lolley has not been notified of her appointed facility.

2. Alabama Teen Challenge is a one year faith-based Christian Discipleship Program for men and women with life-controlling addictions to alcohol and drugs. Counsel has attached documents from the program for the Court's review. Counsel, Ms. Lolley, and her family believe that this Program would be more advantageous for her recovery from drug addictions than being housed within the Bureau of Prisons.

WHEREFORE counsel moves this Court to re-sentence Ms. Lolley to the

"Alabama Teen Challenge" for one year and vacate her twenty-four month sentence to the Federal Bureau of Prisons.

Respectfully submitted this the 25th day of May, 2007.

*[signature: Pate DeBardeleben]*

Pate DeBardeleben, Attorney for Ms. Lolley

DEB008

2835 Zelda Road, Montgomery, AL 36106

213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris by mailing to P.O. Box 197, Montgomery, AL 36101-0197, this the 25th day of May, 2007.

*[signature: Pate DeBardeleben]*

Pate DeBardeleben