

May 25, 2007

To Whom It May Concern:

This letter is regarding Amy Redd Lolley. If the court is in agreement, we have an opening available in Alabama Teen Challenge for her and will except her once the following items are completed. The process for entering our program is as follows:

1. Call the Women's Training Center and complete a telephone interview.

2. Complete the application and return it to the Women's Training Center in Birmingham.

3. Have all the necessary blood work completed.

I have also attached an explanation of our program. If you have questions or concerns, please feel free to contact me at (256) 832-1115 or our Women's Center at (205) 780-2950.

Sincerely,

Robert Angles
Executive Director.

Enclosure

Alabama Teen Challenge, Inc. • Administrative Office
www.alabamateenchallenge.org
P.O. Box 3447 • Oxford, Alabama 36203
Phone: (256) 832-1115 • Fax: (256) 832-1116

Alabama Teen Challenge is a one year faith-based Christian Discipleship Program for men and women with life-controlling addictions to alcohol and drugs. Currently, we have men's facilities in Hayden (Blount County), Bay Minette (Baldwin County), and our newest facility in Lincoln (Talladega County). The Lincoln facility has just been acquired and is in the process of being prepared to house up to 70 men. **We have one women's facility located in Birmingham (Jefferson County).**

Teen Challenge began in 1957 as a result of a young pastor (David Wilkerson) going into the ghetto's of New York City to reach out to the young people of the drug infested gangs. Since that time, the ministry has spread to include over 170 centers in the United States and over 150 centers in countries around the world. Alabama Teen Challenge was formed in 1972. A study completed by NIDA in 1974 claimed an 86% success rate 7 years after graduation. Other studies have been completed since that time that confirmed those findings.

Alabama Teen Challenge is open to all men and women who desire deliverance from addiction regardless of race, creed, economic status or religious affiliation. Our mission is still to help individuals find Jesus and have a day to day relationship with Him, thus freeing them from the bondage of addiction. Check out our web site at: alabamateenchallenge.org for additional information

We are a non-profit 501 ( c) (3) organization.

The Alabama Teen Challenge adult residential program is an intense, no compromise, faith-based opportunity to start life over. We understand that life hurts, however, we know that God heals! During our year long restoration program you will have more than a chance to "get clean", you will have a chance to permanently change from the inside - spiritually.

You may be asking yourself if you need a one-year program. How long have you struggled? How long has life been out of control? If your answer was "too long", then Teen Challenge may be the program for you. Are you truly willing to do what ever it takes to turn your life around? If yes, contact us today.

## program info

The program is a continuously structured, loving environment. The typical day's schedule includes:

06:00 a.m. - wake up
06:30 a.m. - breakfast
07:00 a.m. - devotion
07:30 a.m. - chores
08:30 a.m. - rotating classes/chapel/vocational rehabilitation
12:00 p.m. - lunch
12:30 p.m. - chores/free time
01:00 p.m. - rotating classes/chapel/vocational rehabilitation
02:30 p.m. - recreation/free time
05:00 p.m. - supper
05:30 p.m. - chores/free time
06:30 p.m. - rotating classes/chapel
09:00 p.m. - prayer/worship
09:30 p.m. - personal time
10:00 p.m. - lights out

**Q: Why is Teen Challenge one of the most effective drug recovery programs in America for individuals of all ages?**

**A: We know that to be successful, an addict needs to move from a self-centered lifestyle to a Christ-centered lifestyle.**

**Started to specifically change the lives of addicted teenagers in the slums of New York, the mission of Teen Challenge remains to provide a successful faith-based solution to individuals of all ages with life-controlling issues.**

Teen Challenge Center classrooms across the country are full - full of hopes and dreams of a future without desperation. Since Teen Challenge first opened its doors in 1958, thousands have come seeking help and have found the Helper. Many others are on waiting lists. Recovery programs hinge upon biblical principles. Teen Challenge endeavors to help people become mentally sound, emotionally balanced, socially adjusted, physically well and spiritually alive. Teaching faith in Jesus Christ alters behavior and instills positive values that allow the entire person to heal. This central spiritual dynamic is the foundation on which all aspects of the Teen Challenge program are built. Teen Challenge rests upon one reason for the success: "The Jesus Factor."

# Drew's Story

To be honest I really didn't want to come to Teen Challenge. After several years of drug addiction, and being in and out of jail, there were no other options. I had several felony charges pending, and I was just sitting around my house depressed and high, waiting for my sentencing date. One day my mom handed me the ATC brochure. I read the entire thing. The part that really stabbed me in the heart was the part that talked about feeling empty inside. The brochure said Jesus was the only one who could fill that void. I could feel God telling me to go to Teen Challenge.

To make a long story short, I finally came to Teen Challenge. Two months later I had my court date. My lawyer told me that I had several felony charges, and that he was going to try to get me 3 years of work release, at the state prison. But the Lord had other plans. My case manager told the judge that being incarcerated would work on my physical man, but being in Teen Challenge would work on my spiritual man. By a miracle of God the judge agreed. I promised God that day that I would serve Him forever.

Teen Challenge taught me how to walk with God, and be obedient to His will. I learned to pray and live for God with all my heart. ATC was the beginning of my journey. After graduation, the Lord has used my life and my testimony to lead many people to Christ. I am so grateful for God's mercy in my life.

1 Timothy 1:12-16 says "How thankful I am to Christ Jesus our Lord, for considering me trustworthy and appointing me to serve Him, even though I used to scoff at the name of Christ. I hunted down His people, harming them in every way I could. But God had mercy on me because I did it in ignorance and unbelief. Oh how kind and gracious the Lord was! he filled me completely with faith and love of Christ Jesus. This is a true saying and everyone should believe it! Christ Jesus came into the world to save sinners and I was the worst of them all. But that is why God had mercy on me, so that Christ Jesus could use me as a prime example of His great patience with even the worst sinners. Then others will realize that they too can believe in Him and receive eternal life."

Drew
Class of 2001

