IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr170-WHA |
| AMY LYNN REDD LOLLEY ) | |

## **ORDER**

This case is before the court on the Motion for Alternative Sentencing (Doc. #445), filed by the Defendant on May 29, 2007.

While the program suggested by the Defendant appears to be a fine faith-based program to assist persons to recover from drug addiction, it is not an appropriate sentence to be imposed for the commission of federal crimes. Therefore, it is hereby

ORDERED that the motion is DENIED.

DONE this 29th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE