AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: AMY LYNN REDD LOLLEY | Judgment — Page 2 of 6 |
| CASE NUMBER: 1:06cr170-07-WHA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**24 months.** This sentence shall be served **concurrently** with any sentence that may be imposed in cases now pending in Coffee County, Alabama.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on __June 5, 2007__

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on V/S 6-5-07

at Alderson WV , to FPC Alderson , with a certified copy of this judgment.

RETURNED AND FILED

JUN 12 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Deborah A Hickey Ward
UNITED STATES MARSHAL

By _____ Holliday US
DEPUTY UNITED STATES MARSHAL